# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 06-CR-292

ARMANDO GARCIA,

      Defendant.

___

## ORDER DISMISSING PROPERTY FROM
## FORFEITURE NOTICE OF THE INDICTMENT

___

Based on the government's motion to dismiss property specified in the forfeiture provision of the Indictment filed with this Court, the Court hereby GRANTS the motion and orders that the following item is dismissed from the Indictment:

1. Approximately $26,136.00 in United States currency seized from the property at 5527 West Lincoln Avenue, Apt. 5, West Allis, Wisconsin, on October 30, 2006.

Dated at Milwaukee, Wisconsin, this 16th day of April, 2007.

                                          s/ Rudolph T. Randa
                                          HON. RUDOLPH T. RANDA
                                          Chief Judge